EUGENE C. KRAUS, Appellant, v. LEO KRAUS and Another, Respondents.— Motion for reargument denied. Order of reversal entered November 30, 1927, amended. Present — Hubbs, P. J., Sears, Crouch and Sawyer, JJ.

ALICE LUMSDEN, as Administratrix, etc., of GEORGE LUMSDEN, Deceased, Respondent, v. DWIGHT P. ROBINSON & COMPANY, INCORPORATED, Appellant.— Motion for reargument denied. Motion for leave to appeal to Court of Appeals granted, and question for review certified. Present — Hubbs, P. J., Clark, Crouch and Sawyer, JJ.

LENA CLARK, as Administratrix, etc., of FREDERICK E. CLARK, Deceased, Respondent, v. MONARCH ENGINEERING COMPANY, Appellant.— Motion for leave to appeal to Court of Appeals granted. Present — Hubbs, P. J., Clark, Crouch and Sawyer, JJ.

EDRA R. CHADWICK, as Administratrix, etc., of A. EUGENE CHADWICK, Deceased, Respondent, v. WILSON & GREENE LUMBER COMPANY, INCORPORATED, and Another, Appellants.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs. Present — Hubbs, P. J., Clark, Sears and Sawyer, JJ.

MINNA M. WILBUR, Appellant, v. THE STUYVESANT INSURANCE COMPANY, Respondent.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs. Present — Hubbs, P. J., Clark, Sears and Sawyer, JJ.

DAN BULLARD, Appellant, v. THE VILLAGE OF ALBION, Respondent.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

GENEVA PERMANENT LOAN AND SAVINGS ASSOCIATION, Plaintiff, v. PETER H. COYNE and Another, Respondents. CORNELIUS T. LYNCH, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied. Present — Hubbs, P. J., Clark, Sears and Crouch, JJ.

LILLIAN LAPIDES, an Infant, by Her Guardian ad Litem, Respondent, v. EQUITABLE SURETY COMPANY OF NEW YORK, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied. Present — Hubbs, P. J., Sears, Crouch and Sawyer, JJ.

SILAS W. CRANDALL, Respondent, v. A. B. LEACH & COMPANY, INCORPORATED, and Others, Appellants.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

NATALE FINOCCHIARO, Respondent, v. MICHAEL KIPFERL and Another, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied. Present — Hubbs, P. J., Sears, Crouch and Sawyer, JJ.

UTICA MUTUAL INSURANCE COMPANY, Appellant, v. NEW YORK CENTRAL RAILROAD COMPANY and Others, Respondents.— Appeal dismissed, without costs, upon stipulation filed. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

FRED E. GROSS & SON, a Domestic Corporation, Respondent, v. STATE OF NEW YORK, Appellant.— Appeal dismissed, without costs, upon stipulation filed. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

ANTONIO EMMI, Respondent, v. SAMUEL PATANE, Defendant, and PIETRO BARONE and Another, Appellants.— Motion granted and appeal dismissed. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.